IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

KORIN TAYLOR, *et al.*,

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

Civil Case No. 1:16-cv-02074

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs and the Defendant EXPERIAN INFORMATION SOLUTIONS INC., by counsel, and hereby moved the Court to dismiss with prejudice all claims against Defendant EXPERIAN INFORMATION SOLUTIONS INC., in the above-styled action.

UPON CONSIDERATION of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against Defendant EXPERIAN INFORMATION SOLUTIONS INC is DISMISSED with prejudice.

AND THIS CAUSE IS ENDED.

Entered this __19th__ day of MARCH 2019.

_____
ELLEN L. HOLLANDER